**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**

**BETHANY DAWN GILL** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 4:25CV-183-JHM**

**OWENSBORO HEALTH, INC.** ***et al.*** **DEFENDANTS**

# ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c)(3) because the Court declines to exercise supplemental jurisdiction over them.

There being no just reason for delay in its entry, this is a **final** Order.

All pending motions are **DENIED as moot**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: June 11, 2026

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4414.010